```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

**VANEASIA WILLARD**                                              **PLAINTIFF**

        v.                Civil No. 06-4073

**ROANOKE COMPANIES GROUP, INC.;**
**HOME DEPOT U.S.A., INC.; SLR, INC.;**
**AEROFIL TECHNOLOGY, INC.; and**
**INNOVATIVE CHEMICAL TECHNOLOGIES, INC.**                        **DEFENDANTS**

### O R D E R

Now on this 11th day of December, 2006, comes on for consideration the **Motion To Stay All Proceedings Pending Transfer Decision By The Judicial Panel On Multidistrict Litigation** (document #36) filed by all defendants except Innovative Chemical Technologies, Inc. Neither Innovative Chemical Technologies, Inc., nor plaintiff, objects to the requested stay.

Movants show that on August 9, 2006, they filed a motion with the Judicial Panel on Multi-District Litigation seeking transfer of this matter to an MDL court for consolidated pre-trial proceedings. The Court finds the requested stay appropriate, and will, therefore, stay further proceedings in this matter until the Judicial Panel on Multi-District Litigation rules on movants' request for transfer. Movants are directed to inform the Court immediately upon such ruling.

**IT IS SO ORDERED.**

                                                  /s/Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**